UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JULIE BLOCK, NERISSA BURKE, KAREN ENSLEY, and DONNITA REIMAN,

        Plaintiffs,

    -vs.-

HOLOGIC, INC.,

        Defendant.

Case No. 1:22-cv-12194 (ADB)

**JOINT SUBMISSION OF PROPOSED**
**STIPULATED QUALIFIED HIPAA PROTECTIVE ORDER**

    The parties to the above-captioned action, through their respective counsel, jointly submit for the Court's review and endorsement the Proposed Stipulated Qualified HIPAA Protective Order that is attached hereto at Exhibit 1.

Dated: April 4, 2023

Respectfully submitted,

| | |
|---|---|
| HOLOGIC, INC., <br> By its attorneys, <br> */s/ Michael J. Pineault*_____ <br> Michael J. Pineault (BBO No. 555314) <br> Anderson & Kreiger LLP <br> 50 Milk Street, 21st Floor <br> Boston, MA 02109 <br> mpineault@andersonkreiger.com <br> T: +1 617.621.6578 <br> F: +1 617.621.6619 | PLAINTIFFS, <br> By their attorneys, <br> */s/ John J. Roddy*_____ <br> John J. Roddy <br> Bailey & Glasser LLP <br> 176 Federal Street, 5th Floor <br> Boston, MA 02110 <br> jroddy@baileyglasser.com <br> T: +1 617-439-6730 <br> F: +1 617-951-3954 |
| */s/ Daniel S. Pariser*_____ <br> Daniel S. Pariser (admitted *pro hac vice*) <br> Jocelyn A. Wiesner (admitted *pro hac vice*) | */s/ C. Moze Cowper*_____ <br> C. Moze Cowper (admitted *pro hac vice*) <br> Cowper Law |

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
daniel.pariser@amoldporter.com
jocelyn.wiesner@arnoldporter.com
T: +1 202.942.5000

12301 Wilshire Blvd., Ste. 303
Los Angeles, CA 90025
mcowper@cowperlaw.com
T: +1 877-529-3707
F: +1 877-284-0980

*/s/ Christina D. Crow*_____
Christina D. Crow (admitted *pro hac vice*)
C. Elizabeth Littell Courson (admitted *pro hac vice*)
Jinks Crow & Dickson, P.C.
219 Prairie Street North
P.O. Box 350
Union Springs, AL 36089
ccrow@jinkslaw.com
llittell@jinkslaw.com
T: +1 334-738-4225
F: +1 334-738-4229

## CERTIFICATE OF SERVICE

I, Michael J. Pineault, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 4, 2023.

*/s/ Michael J. Pineault*
Michael J. Pineault