# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE BLOCK, NERISSA BURKE, KAREN ENSLEY, and DONNITA REIMAN,<br><br>　　　　Plaintiffs,<br><br>　-vs.-<br><br>HOLOGIC, INC.,<br><br>　　　　Defendant. | Case No. 1:22-cv-12194 (ADB) |

## JOINT SUBMISSION OF PROPOSED STIPULATED PROTECTIVE ORDER

The parties to the above-captioned action, through their respective counsel, jointly submit for the Court's review and endorsement the Proposed Stipulated Protective Order that is attached hereto at Exhibit 1.

Dated: April 13, 2023                               Respectfully submitted,

| | |
|---|---|
| HOLOGIC, INC.,<br>By its attorney,<br>*/s/ Michael J. Pineault*<br>Michael J. Pineault (BBO No. 555314)<br>Anderson & Kreiger LLP<br>50 Milk Street, 21st Floor<br>Boston, MA 02109<br>mpineault@andersonkreiger.com<br>T: +1 617.621.6578<br>F: +1 617.621.6619 | PLAINTIFFS,<br>By their attorneys,<br>*/s/ John J. Roddy*<br>John J. Roddy<br>Bailey & Glasser LLP<br>176 Federal Street, 5th Floor<br>Boston, MA 02110<br>jroddy@baileyglasser.com<br>T: +1 617-439-6730<br>F: +1 617-951-3954 |

| | |
|---|---|
| */s/ Daniel S. Pariser* | */s/ C. Moze Cowper* |
| Daniel S. Pariser (admitted *pro hac vice*) | C. Moze Cowper (admitted *pro hac vice*) |
| Jocelyn A. Wiesner (admitted *pro hac vice*) | Cowper Law |
| Arnold & Porter Kaye Scholer LLP | 12301 Wilshire Blvd., Ste. 303 |
| 601 Massachusetts Ave., NW | Los Angeles, CA 90025 |
| Washington, D.C. 20001 | mcowper@cowperlaw.com |
| daniel.pariser@amoldporter.com | T: +1 877-529-3707 |
| jocelyn.wiesner@arnoldporter.com | F: +1 877-284-0980 |
| T: +1 202.942.5000 | |
| | */s/ Christina D. Crow* |
| | Christina D. Crow (admitted *pro hac vice*) |
| | C. Elizabeth Littell Courson (admitted *pro hac vice*) |
| | Jinks Crow & Dickson, P.C. |
| | 219 Prairie Street North |
| | P.O. Box 350 |
| | Union Springs, AL 36089 |
| | ccrow@jinkslaw.com |
| | llittell@jinkslaw.com |
| | T: +1 334-738-4225 |
| | F: +1 334-738-4229 |

**CERTIFICATE OF SERVICE**

    I, Michael J. Pineault, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 13, 2023.

/s/ Michael J. Pineault
Michael J. Pineault