# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SHELLEY EVERS, CHRISTINA PATRAS, RITA MELKONIAN, DEBORA CASTRO, and TRICIA WILLARD,** | |
| **Plaintiffs,** | **Case No. 1:22-cv-11895 (ADB)** |
| **-vs.-** | |
| **HOLOGIC, INC.,** | |
| **Defendant.** | |

| | |
|---|---|
| **JULIE BLOCK, NERISSA BURKE, KAREN ENSLEY, and DONNITA REIMAN,** | |
| **Plaintiffs,** | **Case No. 1:22-cv-12194 (ADB)** |
| **-vs.-** | |
| **HOLOGIC, INC.,** | |
| **Defendant.** | |

| | |
|---|---|
| **DENICE CHAMBERS, CYNTHIA KRESCH, JOYE RISHELL, KIMBERLY TAYLOR, and KATY WHARTON,** | |
| **Plaintiffs,** | **Case No. 1:23-cv-10260 (ADB)** |
| **-vs.-** | |
| **HOLOGIC, INC.,** | |
| **Defendant.** | |

## JOINT STIPULATION REGARDING DEPOSITIONS

WHEREAS, pursuant to the Court's January 25, 2023 Order (ECF No. 15), Phase 1 of discovery in the above-captioned matters consist of, *inter alia*, depositions of Plaintiffs' healthcare providers who implanted the BioZorb (the "Implanting Physicians");

WHEREAS, Plaintiffs' and Defendant's counsel have met and conferred and agreed on the following terms governing depositions of Implanting Physicians;

NOW THEN, Plaintiffs and Defendant Hologic, Inc. ("Hologic") through their respective counsel, hereby STIPULATE AND AGREE that the following terms shall govern depositions of Implanting Physicians:

1. **Fees.** Plaintiffs and Defendant shall split evenly any witness fee charged by an Implanting Physician, but only after the parties have agreed to the fee proposed by the witness.

2. **Order of Questioning.** The parties have agreed to the following division:

In the *Evers* case, Plaintiffs will have priority in questioning the Implanting Physicians of Plaintiffs Evers and Patras; while Defendant will have priority in questioning the Implanting Physicians of Plaintiffs Castro, Melkonian, and Willard.

In the *Block* case, Plaintiffs will have priority in questioning the Implanting Physicians of Plaintiffs Block and Ensley; while Defendants will have priority in questioning the Implanting Physicians of Plaintiffs Burke and Reiman.[1]

In the *Chambers* case, Plaintiffs will have priority in questioning the Implanting Physicians of Plaintiffs Chambers, Rishell, and Wharton; while Defendants will have priority in questioning the Implanting Physicians of Plaintiffs Kresch and Taylor.

3. **Scheduling.** The parties will cooperate in the scheduling of depositions on

---

[1] Counsel have also agreed that Defendant will have priority in questioning Plaintiff's Implanting Physician in *Lyons v. Hologic, Inc.*, No. 2281-cv-04312 (Mass. Super. Ct., Middlesex Cty.).

mutually convenient dates. The party with priority in questioning an Implanting Physician shall be responsible for contacting that Implanting Physician's offices to schedule the deposition and shall seek to obtain at least three potential dates of availability for that physician.

4. **Duration and Allocation of Time.** Plaintiffs and Defendant shall meet and confer in good faith concerning the total time needed for each Implanting Physician's deposition. Deposition time will be split evenly between Plaintiffs and Defendant.

**STIPULATED AND AGREED:**

Dated: September 5, 2023

HOLOGIC, INC.,
By its attorney,
*/s/ Michael J. Pineault*
Michael J. Pineault (BBO No. 555314)
Anderson & Kreiger LLP
50 Milk Street, 21st Floor
Boston, MA 02109
mpineault@andersonkreiger.com
T: +1 617.621.6578
F: +1 617.621.6619

*/s/ Daniel S. Pariser*
Daniel S. Pariser (admitted *pro hac vice*)
Jocelyn A. Wiesner (admitted *pro hac vice*)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
daniel.pariser@arnoldporter.com
jocelyn.wiesner@arnoldporter.com
T: +1 202.942.5000

PLAINTIFFS,
By their attorneys,
*/s/ John J. Roddy*
John J. Roddy
Bailey & Glasser LLP
176 Federal Street, 5th Floor
Boston, MA 02110
jroddy@baileyglasser.com
T: +1 617-439-6730
F: +1 617-951-3954

*/s/ C. Moze Cowper*
C. Moze Cowper (admitted *pro hac vice*)
Cowper Law
12301 Wilshire Blvd., Ste. 303
Los Angeles, CA 90025
mcowper@cowperlaw.com
T: +1 877-529-3707
F: +1 877-284-0980

*/s/ Christina D. Crow*
Christina D. Crow (admitted *pro hac vice*)
C. Elizabeth Littell Courson (admitted *pro hac vice*)
Jinks Crow & Dickson, P.C.
219 Prairie Street North
P.O. Box 350
Union Springs, AL 36089
ccrow@jinkslaw.com
llittell@jinkslaw.com

T: +1 334-738-4225
F: +1 334-738-4229

## <u>CERTIFICATE OF SERVICE</u>

I, Michael J. Pineault, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 5, 2023.

*/s/ Michael J. Pineault*
Michael J. Pineault